34485. PFEIFER *v.* YELLOW CAB COMPANY OF ATLANTA *et al.*

SUTTON, C. J. This was an action brought by the husband of the plaintiff in *Pfeifer* v. *Yellow Cab Company of Atlanta,* ante, to recover for medical expenses and loss of services of his wife, and, as the allegations of negligence are the same and as the same question is raised in both cases, this case is controlled by the ruling in number 34484, ante.

*Judgment reversed in part and affirmed in part. Felton and Worrill, JJ., concur.*

DECIDED APRIL 22, 1953—REHEARING DENIED MAY 14, 1953.

*Clinton J. Morgan, Nall & Sterne, Fred W. Kerr,* for plaintiff in error.

*Douglas, Evans & Cole, Lee Evans, Smith, Field, Doremus & Ringel, White, Douglas & Arnold,* contra.